# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JONATHAN AVERY,** *on behalf of himself and all others similarly situated.* § § § § | |
| Plaintiff, § | **Civil Action No. 3:22-cv-01224-E** |
| § | |
| v. § | |
| § | **Jury Trial Demanded** |
| **NATIONAL CONGRESS OF EMPLOYERS, INC. AND BENEFYTT TECHNOLOGIES, INC.,** § § § § | |
| Defendants. § § | |

## NOTICE OF SETTLEMENT

To the Clerk of Court:

Please be advised that Plaintiff JONATHAN AVERY and Defendants, NATIONAL CONGRESS OF EMPLOYERS, INC. (hereinafter "NCE") and BENEFYTT TECHNOLOGIES, INC. (hereinafter "Benefytt") have reached a resolution in this matter.

Plaintiff (with the consent of both Defendants) thereby requests that all deadlines be removed from the calendar and that the case be kept open administratively for 60 days to allow the Parties time to finalize and consummate the settlement.

Respectfully submitted,

Dated: August 1, 2022

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esq., hereby certify a true and correct copy of the foregoing notice has been served on all parties of record via email and/or ECF (method specified below) on the following parties on August 1, 2022:

>National Congress of Employers
>c/o Law Office of Josef M. Mysorewala, PLLC (via email)
>2000 S Dixie Highway, Suite 112
>Miami, Florida 33133
>josefm@lawjmm.com
>(305) 356-1031
>Counsel for National Congress of Employers
>
>Ann Marie Arcadi
>ARCADI JACKSON, LLP
>2911 Turtle Creek Blvd., Suite 800
>Dallas, Texas 75219
>Telephone: 214-865-6458
>Facsimile: 214-865-6522
>annmarie.arcadi@arcadijackson.com
>Counsel for Defendant Benefytt Technologies, Inc.

*/s/ Jacob U. Ginsburg*