UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JONATHAN AVERY** )<br>　　　　Plaintiffs )<br>　　　　　　　　　　　　)<br>v. 　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>**NATIONAL CONGRESS OF** )<br>**EMPLOYERS & BENEFYTT** )<br>**TECHNOLOGIES INC.** )<br>　　　　　　　　　　　　)<br>　　　　Defendants )<br>　　　　　　　　　　　　) | **Case No.: 3:22-cv-01224-E** |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses each claim against each Defendant with prejudice.


Dated:  September 8, 2022


　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　By: *s/ Jacob U Ginsburg*
　　　　　　　　　　　　　　　　　　　　　　Jacob U. Ginsburg, Esq.
　　　　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　　　　30 East Butler Ave.
　　　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　　　Phone: 215-540-8888
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 877-788-2864
　　　　　　　　　　　　　　　　　　　　　　Email: jginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　　　　　　teamkimmel@creditlaw.com